UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:10-cv-2158 JCH |
| v. ) | |
| ) | |
| City of St. Louis, Missouri, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PROTECTIVE ORDER

On the joint motion of Plaintiff and Defendants for a protective order (Doc. # ___), the Court finds and rules as follows:

1. The parties have conferred and agree that Plaintiff's identity shall be disclosed to the Defendants but that his identity shall be subject to this protective order.

2. The parties in this case will serve certain discovery, including requests for production of documents, interrogatories, and requests for admissions.

3. To the extent the discovery in this case results in the production of items containing information which goes to the Plaintiff's identity (including, but not limited to, name, residence address, telephone numbers, social security number, date of birth, and financial account numbers, or any other confidential information) or which relate to his HIV status, information that if released would present a risk of harm to Plaintiff, the parties agree that such documents will be produced pursuant to this protective order and marked CONFIDENTIAL. Any deposition of Plaintiff shall be marked CONFIDENTIAL as shall any pages of any other deposition, report, or other document that contain the type of information described in this paragraph.

4. All documents marked CONFIDENTIAL and all information obtained in such documents shall be kept confidential by the parties and their counsel.

5. Defendants, their attorneys, support staff, and others employed to assist the attorneys in this case shall not make use of documents marked CONFIDENTIAL or any information contained therein, except in connection with the above referenced litigation, and shall not make any use of said documents or any information contained therein in connection with any other litigation, cause, or matter.

6. Counsel for counsel for Defendants shall either return or destroy the documents marked CONFIDENTIAL and all copies of such documents at the end of the litigation in this matter.

7. Should any documents be produced without a CONFIDENTIAL mark that Plaintiff believe should be so marked, counsel for Plaintiff may contact counsel for Defendants to reach an agreement as to the treatment of the documents, and contact the Court should they be unable to reach agreement on the matter.

8. If any party believes it is necessary to file with this Court any document marked CONFIDENTIAL, whether as an exhibit or otherwise, the document shall be filed under seal. *Order to be vacated on June 7, 2012.*

**IT IS SO ORDERED.**

Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

2