UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV- 2158-JAR |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Stay or Deny Plaintiff's Motion for Partial Summary Judgment. The Motion is considered and denied.

After conference with counsel, the Court on its own motion will amend the Case Management Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay or Deny Plaintiff's Motion for Partial Summary Judgment [ECF No. 114] is **DENIED.**

**IT IS FURTHER ORDERED** that the Case Management Order issued March 1, 2011 [ECF No. 29] and amended on November 7, 2011 [ECF No. 108] is modified as follows:

Plaintiff's counsel is ordered to produce Plaintiff for deposition within seven (7) days from the date of this Memorandum and Order, and to make Plaintiff's expert witnesses available for deposition no later than thirty (30) days from the date of this Memorandum and Order.

Defendants shall then have seven (7) days to disclose all expert witnesses and provide the reports required by Rule 26(a)(2), Fed. R.Civ.P., and another seven (7) days thereafter to make expert witnesses available for deposition.

**IT IS FURTHER ORDERED** that except as modified herein, the provisions of the Case Management Order issued March 1, 2011 remain in full force and effect, particularly Section II, Order Relating to Trial.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2012.