**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV- 2158-JAR |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Strike/Summarily Deny Defendants' Kuhmo Tire Company/Daubert Motion as Untimely, or in the alternative, Clarify Scheduling Order for Response [ECF No. 144] and Plaintiff's Motion for Extension of Time [ECF No. 154]. After consideration, the Court will deny Plaintiff's Motion to Strike and grant Plaintiff's Motion for Extension of Time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike/Summarily Deny Defendants' Kuhmo Tire Company/Daubert Motion as Untimely, or in the alternative, Clarify Scheduling Order for Response [ECF No. 144] is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time [ECF No. 154] is **GRANTED**.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 29th day of February, 2012.