# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10-CV- 2158-JAR |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Plaintiff's Amended List of Witnesses [ECF No. 158] filed March 2, 2012. Defendants filed their Opposition to Plaintiff's Motion on March 2, 2012 [ECF No. 159]. Plaintiff filed his Reply to Defendants' Opposition on March 7, 2012 [ECF No. 164]. After consideration, the Court will deny Plaintiff's Motion because the proposed amendment is untimely, and because this matter is currently set for jury trial on April 23, 2012.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Plaintiff's Amended List of Witnesses [ECF No. 158] is **DENIED**.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 9th day of March, 2012.