**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV- 2158-JAR |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim on Which Relief May be Granted [ECF No. 206] and Plaintiff's Motion to Strike/Summarily Deny Defendants' Motion to Dismiss, or, in the Alternate, Clarify Scheduling Order [ECF No. 209]. Pursuant to the Case Management Order in this case, "[a]ny motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, any motion to exclude testimony … must be filed no later than **December 4, 2011**." (Doc. No. 29, p. 2). The Court will, therefore deny Defendants' motion as untimely.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim on Which Relief May be Granted [ECF No. 206] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike/Summarily Deny Defendants' Motion to Dismiss or, in the Alternate, Clarify Scheduling Order [ECF No. 209] is **DENIED** as moot.

Dated this 11th day of April, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE